DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORMAX USA, LLC,**
Appellant,

v.

**KENNEDY CONTRACTORS, INC.,**
Appellee.

No. 4D2023-1867

[July 24, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502022CC014719XXXXNB.

Lauren Marcil of Gunster, West Palm Beach, for appellant.

Stephen M. Cohen of Law Offices of Stephen M. Cohen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

Appellee Kennedy Contractors, Inc. ("Kennedy") filed a breach of contract action against Appellant Tormax USA, LLC ("Tormax") in the county court. A clerk's default was subsequently entered against Tormax for failure to serve or file any document in the action. Tormax moved to set aside the default based on excusable neglect. The county court denied the motion, as well as Tormax's motion for reconsideration.

Kennedy moved for summary judgment, which the county court granted. The court entered final summary judgment in favor of Kennedy for the $16,782.20 Kennedy claimed in damages, plus attorney's fees, costs, and prejudgment interest.

As there was no abuse of discretion, we affirm the trial court's decision not to set aside the default. However, we reverse and remand for a trial on damages because there are issues of fact regarding damages awardable under the contract.

*Affirmed in part, reversed and remanded in part.*

GROSS, FORST and ARTAU, JJ., concur.

*    *    *

***Not final until disposition of timely filed motion for rehearing.***